UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
Office of the Clerk

| | |
|---|---|
| *John L. Medearis, Clerk* | *Chattanooga Division* |
| *Howard H. Baker, Jr. U. S. Courthouse* | *Joel W. Solomon Federal Building* |
| *800 Market Street, Suite 130* | *900 Georgia Avenue* |
| *Knoxville, Tennessee* | *Chattanooga, Tennessee 37402* |
| *(865) 545-4228* | *(423) 752-5200* |

## NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

May 22, 2020

RE: **1:20-cv-00086-JPM**
**Handstands Promo, LLC v. Remington Industries Inc.**

Dear Sir/Madam:

A **SKYPE VIDEO PATENT SCHEDULING CONFERENCE** has been **SET** before **Judge Jon Phipps McCalla** on **WEDNESDAY, MAY 27, 2020 at 9:30 A.M. (CT). A TECHNICAL PRESENTATION is expected.**

**A Skype video invitation will be sent to parties the day before the hearing.**

*The parties are directed to confer before the Patent Scheduling Conference pursuant to the Western District of Tennessee LPR 2.1(b) and submit a Joint Planning Report and Proposed Scheduling Order pursuant to LPR 2.1(c).*

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
JOHN L. MEDEARIS, CLERK
BY: *s/Jeffrey Sample*,
Case Manager to Judge Jon Phipps McCalla
901-495-1243
jeffrey_sample@tnwd.uscourts.gov